AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

IRMA RAMIREZ and DAREN HEATHERLY
                  Plaintiff (s),
V.
TAQUERIA SANTA ROSA #5, et al.
                  Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:13-cv-05903-DMR

Notice is hereby given that, subject to approval by the court, __REDWOOD ENTERPRISES, INC.__ substitutes
(Party (s) Name)

__Alison M. Crane__, State Bar No. __197359__ as counsel of record in
(Name of New Attorney)

place of __Barry William Meyer__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Bledsoe, Cathcart, Diestel, Pedersen & Treppa, LLP
    Address: 601 California Street, 16th Floor
    Telephone: (415) 981-5411     Facsimile (415) 981-0352
    E-Mail (Optional): acrane@bledsoelaw.com

I consent to the above substitution.
Date: 3-13-14
(Signature of Party (s))

I consent to being substituted.
Date: 3/13/2014
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 3/13/2014
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: March 17, 2014
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

# DECLARATION OF SERVICE

I, AnnaMaria Escobar, declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 601 California Street, 16th Floor, San Francisco, California 94108, in said County and State. On March 17, 2014, I served the within:

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

to all named counsel of record as follows:

<u>**XXX**</u> **BY ECF (ELECTRONIC CASE FILING)**: I e-filed the above-detailed documents utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service on March 17, 2014. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Declaration of Service was executed by the undersigned on March 17, 2014, at San Francisco, California.

_____/s/_____
AnnaMaria Escobar

DECLARATION OF SERVICE -1-